In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County



2015 MAY 27 AM 9: 54

Maryann Castro

v.

Manuel Castro

Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011 –CI-15957

**MOTION TO VOID APPELLEE BRIEF TIME EXTENDED JUNE 19 2015 APPELLANT WAS NOT NOTIFIED COUNSEL JOSEPH APPELT WITHDRAWL COMMITED FRAUD HID MARTIAL ASSETS IN THE AGREEMENT FOR FINAL DIVORCE COUNSEL APPELT IS PART OF THIS CASE**

**TO THE JUSTICES OF COURT OF APPEALS COURT:**

Appellant Maryann Castro was not properly notified about Counsel Joseph Appelt withdrawal May 8, 18, 2015 and Objected Counsel Joseph Appel withdrawal.

Counsel Joseph Appelt is part of this case for he COMMITED a legal malpractice did not follow procedures Counsel Joseph Appelt processed his clients divorce while in active bankruptcy stay lift never filed nor motion it was Appellee Manuel Castro who filed bankruptcy, Counsel Joseph Appelt took part in fraud overvalued Community using a realtors opinion ,hiding martial asset Keogh Plan Pension 99 Subaru, tampered on the Agreement for final divorce wrote no Alimony awarded after signatures were signed by parties involved grounds of fraud, violations enforced by Counsel Joseph Appelt for his client Appellee Manuel Castro.

First Amended Decree Of Divorce Dallas fifth District Court of Appeals case, In the interest Of M.A.C. And M.T.C.

House Bill 908 remedy for wronged spouse when fraud has been committed against the Community estate in Divorce

Motion to reopen Agreement and Modify is needed in this case

Appellant Maryann Castro prays for Justice and Relief

Maryann Castro-Appellant Pro-se

1501 Olive

Jourdanton Texas 78026

Pacattitude2014@gmail.com

830-496-0133

Filed May 26,2015